SO ORDERED: July 16, 2013.



James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| HEATHER DOWELL | ) | CASE NO. 13-04397-JMC-7 |
| | ) | |
| DEBTORS. | ) | |

### ORDER ON DEBTOR'S MOTION TO REDEEM PROPERTY
### WITH CAPITAL ONE/BEST BUY

Debtor herein, by counsel, having filed her Motion To Redeem Property Held Primarily For Personal, Family And Household Use,

and the Court being duly advised in the premises and notice having been sent to Capital One/Best Buy advising that unless a written objection to Debtor's Motion was filed within twenty one (21) days from the date of said Notice, the Court could approve said Application without hearing, and the Court finding that said Notice having been sent and no timely objections filed, now finds that said Application should be approved.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that the Debtor be and hereby is authorized to redeem the TV and Kindle from Capital One/Best Buy for the cash sum of $100.00 and upon the interest of Capital One/Best Buy is thereby cancelled and determined null and void.

###